IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION



FILED
MAY 04 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 3:22 CR 225 |
| | ) | JUDGE ZOUHARY |
| v. | ) CASE NO. ___ | MAG. JUDGE CLAY |
| | ) | Title 18, United States Code, |
| ANDY ROSS THOMAS, | ) | Sections 922(g)(8) and 924(a)(2) |
| Defendant. | ) | |

COUNT 1
(Possession of a Firearm While Subject to a Court Order, 18 U.S.C. §§ 922(g)(8) and 924(a)(2))

The Grand Jury charges:

1.  On or about November 15, 2020, in the Northern District of Ohio, Western Division, Defendant ANDY ROSS THOMAS, knowing he was subject to a protection order issued in case number DV2019-0337, in the Lucas County, Ohio, Court of Common Pleas, on or about June 14, 2019, said protection order being issued after a hearing, during which THOMAS received actual notice and had an opportunity to participate, and restrained THOMAS from harassing, stalking, or threatening an intimate partner, did knowingly possess a firearm, to wit: a Smith and Wesson, Model SW40VE, 40-caliber pistol, bearing serial number DWN2106, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

2.  For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is

incorporated herein by reference. As a result of the foregoing offenses, Defendant ANDY ROSS THOMAS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, the following: Smith and Wesson, Model SW40VE, 40-caliber pistol, bearing serial number DWN2106, and ammunition, seized on November 20, 2020.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.